**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Carlos MARTIN–LOPEZ,**
**Defendant–Appellant.**

**No. 09–10444**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 13, 2010.

Juan Carlos Martin–Lopez, Fort Dix, NJ, pro se.

Cassandra J. Schansman, John Andrew Horn, Lisa Wilson Tarvin, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before BARKETT, WILSON and MARTIN, Circuit Judges.

PER CURIAM:

Michael H. Saul, appointed counsel for Juan Carlos Martin–Lopez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Martin–Lopez's conviction and sentence are **AFFIRMED**.